## HINZ v. STARIN.

(*Supreme Court, General Term, Second Department.* July 18, 1890.)

CONTRIBUTORY NEGLIGENCE—INJURIES AT BATHING PLACE.

> Plaintiff's intestate, while diving from a trapeze on defendant's beach, struck his head against a rock under the water, and was killed. The deceased had been sitting for about two hours in full view of the bathing place, while the water was filled with bathers, many of whom were wading in the water, which was not more than 3½ feet deep. The trapeze was about 15 feet high. *Held*, that deceased was negligent, and the complaint was properly dismissed. Following 3 N. Y. Supp. 290.

Appeal from special term.

At the conclusion of the testimony the court below dismissed the complaint, from which plaintiff appeals. For former reports, see 3 N. Y. Supp. 290, and 6 N. Y. Supp. 165.

Argued before BARNARD, P. J., and PRATT, J.

*Martin J. Keogh,* for appellant. *Goodrich, Deady & Goodrich,* for respondent.

PRATT, J. This general term has passed upon this case at two prior sittings, and what was stated in the opinions then rendered covers all the questions now raised. The evidence is substantially the same as upon the former appeals, and the judgment must be affirmed upon those opinions. The first may be found in 46 Hun, 526, and the last was rendered at the December general term, 1888, and reported in 3 N. Y. Supp. 290.

Judgment affirmed, with costs.